THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>FRANCISCO ARTIAGA,<br><br>  Defendant. | CASE NO. CR11-0351-JCC<br><br>ORDER DISMISSING VIOLATION |

Having considered the Government's motion to dismiss (Dkt. No. 49) pertaining to the violation alleged in the violation report dated October 1, 2016 (Dkt. No. 38), as well as the motion, certification, and order of dismissal under King County Superior Court cause number 16-C-07598-0 KNT, the Court GRANTS the Government's motion to dismiss the above-mentioned violation. Defendant Francisco Artiaga will continue on supervised release, with all previously imposed conditions of supervised release remaining in full force and effect.

IT IS SO ORDERED.

//
//
//
//
//

DATED this 2nd day of February 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE