THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR11-0351-JCC |
| Plaintiff, | ORDER |
| v. | |
| FRANCISCO ARTIAGA, | |
| Defendant. | |

This matter comes before the Court on the Government's motion to seal (Dkt. No. 62) Exhibits 1 and 2 (Dkt. No. 63) to its disposition memorandum (Dkt. No. 61).

The Court starts from the position that "[t]here is a strong presumption of public access to [its] files." W.D. Wash. Local Civ. R. 5(g). To overcome this presumption, there must be a "compelling reason" for sealing sufficient to outweigh the public's interest in disclosure. *Center for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1100 (applying the "compelling reason" test to motions to seal documents "more than tangentially related to the merits of a case"). The Government seeks to maintain under seal Defendant's laboratory reports. Information contained in these reports is highly personal and sensitive to Defendant. On this basis, the Court finds there is a compelling reason to seal the exhibits that outweighs the public's interest in their disclosure.

For the foregoing reasons, the Government's motion (Dkt. No. 62) is GRANTED. The Clerk is DIRECTED to maintain Dkt. No. 63 under seal.

1 DATED this 31st day of July 2018.

*John C. Coughenour*
UNITED STATES DISTRICT JUDGE